IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY T. FULLER,            )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     vs.                      )<br>                              )<br> UNITED STATES OF AMERICA,    )<br>                              )<br>          Defendant.          )<br> _____ ) | CIVIL NO. 12-00444 SOM/BMK<br>CRIMINAL NO. 10-00023 SOM/BMK<br><br>ORDER IMPOSING SANCTIONS ON<br>BENJAMIN IGNACIO |

ORDER IMPOSING SANCTIONS ON BENJAMIN IGNACIO

On December 19, 2012, the court directed defense attorney Benjamin Ignacio to respond to an Order To Show Cause Why Sanctions Should not Issue Against Benjamin Ignacio. The response was due on or before December 27, 2012. Having received no response, even though it is now more than a month since the deadline, this court now imposes sanctions of $400 against Ignacio. Ignacio is ordered to present a check payable to the United States Treasury to the Clerk of Court no later than February 8, 2013. Failure to meet this deadline may result in further sanctions.

Ignacio is being served with this order through the court's electronic filing system. In addition, a copy of this order is being mailed to Ignacio, and an email attaching this order is being sent to him. Finally, court staff will telephone Ignacio

to orally inform him that an order sanctioning him $400 is being entered.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 30, 2013.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Anthony T. Fuller v. United States of America; CIVIL NO. 12-00444 SOM/BMK; CRIMINAL NO. 10-00023 SOM/BMK; ORDER IMPOSING SANCTIONS ON BENJAMIN IGNACIO